IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 24-cr-00111-DDD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MAURITZIO THORNWALL,

    Defendant.

## MOTION TO DISMISS THE INDICTMENT

The United States of America, by and through Peter McNeilly, United States Attorney for the District of Colorado, and Celeste Rangel, Assistant United States Attorney, respectfully moves the Court pursuant to Fed. R. Crim. P. 48(a) to enter an Order dismissing the Indictment as to the defendant.

Fed. R. Crim. P. 48(a) provides that the United States Attorney may dismiss an indictment with leave of the court. The government should only dismiss when there is good cause and for a reason that does not offend the public interest. *See Rinaldi v. United States*, 434 U.S. 22, 30 (1977). The "general rule under Fed. R. Crim. P. 48(a) is that the district court should grant a prosecutor's motion to dismiss unless dismissal 'is clearly contrary to manifest public interest.'" *United States v. Strayer*, 846 F.2d 1262, 1265 (10th Cir.1988) (quoting *United States v. Carrigan*, 778 F.2d 1454, 1463 (10th Cir.1985)).

On September 24, 2025, undersigned counsel was notified by the United States

Marshals Service that the defendant was pronounced dead at the hospital on the afternoon of September 24, 2025.

Wherefore, for the good cause shown, the government respectfully moves to dismiss the Indictment as to the defendant.

Respectfully submitted,

Peter McNeilly
United States Attorney

*s/Celeste Rangel*
By:  CELESTE RANGEL
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0403
E-mail: celeste.rangel@usdoj.gov
Attorney for Government

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2025, I electronically filed the foregoing Motion to Dismiss the Indictment with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

By: *s/Celeste Rangel*
CELESTE RANGEL
Assistant United States Attorney